UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEANDRO DA SILVA VARGAS,<br>      Petitioner,<br><br>      v.<br><br>DAVID WESLING, *Acting Field Office Director*,<br>*Immigration and Customs Enforcement*,<br>ANTONE MONIZ, *Superintendent*,<br>*Plymouth County Correctional Facility*,<br>TODD LYONS, *Acting Director of U.S.*<br>*Immigration and Customs Enforcement* and<br>KRISTI L. NOEM*, Secretary of the U.S.*<br>*Department of Homeland Security*, and<br>U.S DEPARTMENT OF HOMELAND SECURITY<br>      Respondents. | CIVIL ACTION NO.<br>26-10057-BEM |

**FINAL JUDGMENT**

MURPHY, D.J.

In accordance with this Court's Order (ECF #8) issued on January 13, 2026, granting in part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

BY THE COURT,

*/s/ Marlene Martins*
_____
Deputy Clerk

DATED:  January 13, 2026